# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| K. D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-03226-BLF<br><br>**ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM**<br><br>[Re: ECF 4] |

Before the Court is Plaintiff's motion to appoint Mr. James De La Peña as guardian ad litem for Plaintiff K.D., a minor.  Mr. De La Peña is K.D.'s paternal grandfather and foster parent, and declares that he has no interests adverse to K.D., and that the appointment is intended for this litigation only.  *See* ECF 4-1.  Having considered Plaintiff's submissions, the Court finds the matter appropriate for submission without a hearing and Mr. De La Peña a suitable representative for K.D.'s interests in this action.  Accordingly, the Court GRANTS the motion to appoint guardian ad litem for purposes of this action, and VACATES the hearing scheduled for September 29, 2016.  Civ. L.R. 7-11(b).

**IT IS SO ORDERED.**

Dated: September 16, 2016

_____
BETH LABSON FREEMAN
United States District Judge