G. Dana Scruggs, State Bar No. 96152
dana@csfwlaw.com
CARTWRIGHT, SCRUGGS, FULTON & WALTHER
716 Ocean Street, Suite 100
Santa Cruz, California 95060
Telephone: (831) 457-1700
Facsimile: (831) 457-3788

John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
Facsimile: (626) 449-4417

Attorneys for Plaintiff JAMES DeLaPENA,
as Successor in interest for KRISTA DeLUCA, Deceased,
and as Guardian ad Litem for K.D., a Minor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., etc, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SANTA CRUZ, SANTA CRUZ SHERIFF'S DEPARTMENT, SHERIFF-CORONER JIM HART, CHIEF DEPUTY JEFF MARCH, CALIFORNIA FORENSIC MEDICAL GROUP (CFMG), and DOES 1-100,<br><br>　　　　Defendants. | Case No. 16-cv-03226 LB<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>(Next scheduled appearance: September 14, 2017, at 11:00 a.m.) |

## STIPULATION

The parties hereto, through their counsel of record, and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the Court should order the dismissal with prejudice of all Plaintiffs' claims asserted herein against all Defendants.

It is futher stipulated that each party is to bear its own fees and costs, and that the Court will retain jurisdiction to enforce its Orders Approving Minor's Compromise (Docket Nos 63-65. ).

Dated: August 31, 2017     CARTWRIGHT, SCRUGGS, FULTON & WALTHER
THE LAW OFFICES OF JOHN BURTON

   /s/ G. Dana Scruggs          /s/ John Burton
     G. Dana Scruggs            John Burton

Attorneys for Plaintiffs

Dated:  August 31, 2017     THE LAW OFFICES OF JEROME M. VARANINI

     /s/ Jerome M. Varanini
     Jerome M. Varanini
     Attorneys for Defendants

John Burton attests that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

By  /s/ John Burton          DATED:  August 31, 2017
    John Burton
    Attorneys for Plaintiff

## [~~PROPOSED~~] ORDER

The entire action is dismissed against all Defendants with prejudice. Each party is to bear its own fees and costs. The Court will retain jurisdiction to enforce its Orders Approving Minor's Compromise.

Dated:  September 5, 2017

_____
United States Magistrate Judge